FILED
 2005 Jan-03  PM 03:52
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

**YONATHAN MEKONEN,**             }
                                  }
   **Petitioner,**                 }
                                  }
v.                                }     **Case No.:  CV 04-P-1061-M**
                                  }
**U.S. DEPARTMENT OF**            }
**HOMELAND SECURITY, et al.,**    }
                                  }
   **Respondents.**                }

## MEMORANDUM OPINION

Petitioner, Yonathan Mekonen, filed this action contending that he was denied supervised release pending his repatriation to Ethiopia. (Doc. #1). The United States Department of Homeland Security moved to dismiss, or in the alternative, to stay this case pending confirmation of the reopening of administrative proceedings. (Doc. #5). Accordingly, the court ordered that the case would be stayed for a period of 180 days pending confirmation of the reopening of administrative proceedings. (Doc. #8).

On December 3, 2004, the Respondents advised the court that, on October 26, 2004, the Petitioner was released to an order of supervision. Article III of the United States Constitution requires that there remain a case or controversy between parties to an action as a prerequisite for this court to continue to exercise its jurisdiction. *See e.g., Nyaga v. Ashcroft*, 323 F.3d 906 (11th Cir. 2003); *Soliman v. United States ex rel. INS*, 296 F.3d 1237, 1242 (11th Cir. 2002). As the Eleventh Circuit has held, a case "must be dismissed as moot if the court can no longer provide 'meaningful relief.'" *Nyaga*, 323 F.3d at 913 (citation omitted). As the Petitioner has been released on an order of supervision, this case has become moot. Therefore, Petitioner's habeas corpus petition is due to

be dismissed as moot.

An order of dismissal will be entered contemporaneously with this Memorandum Opinion.

**DONE** and **ORDERED** this ___3rd___ day of January, 2005.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE